IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| United States of America | ) | |
|---|---|---|
| Plaintiff(s), | ) | |
| | ) | Case No: 1:25-cr-709 |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| **Aaron Gregory** | ) | |
| Defendant(s), | ) | |

## ORDER

    Initial appearance held. Defendant Aaron Gregory appears in response to an arrest on 10/30/25. Based on review of the tendered financial affidavit, the Court finds that Defendant is unable to afford counsel. Enter Order appointing Attorney Richard Kling of the CJA Panel as counsel for Defendant. Defendant advised of charges and informed of rights and of prosecutorial obligations per Rule 5(d) and (f). The Government moves orally for detention. Detention hearing held, but Defendant waived his right to contest detention, without prejudice to a later motion for pretrial release on conditions. With defendant having waived his right to object to or contest detention but without waiving the detention hearing that is required for detention under the Bail Reform Act, see United States v. Donley, No. 23 CR 511, 2023 WL 6623549, at *7 (N.D. Ill. Oct. 11, 2023), the Court grants the Government's oral motion for pretrial detention. This text order shall serve as the required Detention Order. The defendant does not waive preliminary hearing at this time. Preliminary hearing is set for 1:00 p.m. on 11/14/25 in Courtroom 1342.

(00:15)

Date: 10/31/2025

/s/ *[signature]*
Gabriel A. Fuentes
United States Magistrate Judge